*Friday, January 8, 1999*

## MOTION DOCKET

**96–1213.   State v. McGuire.**
Preble App. No. CA95–01–001.   On January 14, 1998, this court granted a stay of execution in this cause pending disposition of a timely filed petition for a writ of certiorari in the United States Supreme Court and disposition of state post-conviction proceedings.   Appellee has filed a motion to set an execution date on the ground that appellant's direct appeals and state post-conviction remedies have been exhausted.   Whereas, on October 19, 1998, this court received notice that the United States Supreme Court had denied appellant's petition for a writ of certiorari and, whereas, on September 23, 1998, this court declined jurisdiction in case No. 98–1095, appellant's post-conviction appeal,

IT IS ORDERED by the court, *sua sponte,* that an execution date be set.

IT IS HEREBY ORDERED by the court that appellant's sentence be carried into execution by the Warden of the Southern Ohio Correctional Facility or, in his absence, by the Deputy Warden on Thursday, the 8th day of April, 1999, in accordance with the statutes so provided.

IT IS FURTHER ORDERED that the certified copy of this entry and a warrant under the seal of this court be duly certified to the Warden of the Southern Ohio Correctional Facility and that the Warden shall make due return thereof to the Clerk of the Court of Common Pleas of Preble County.

**98–104.   Wagner v. Roche Laboratories.**
Lucas App. No. L–93–277.   This cause is pending before the court as an appeal from the Court of Appeals for Lucas County.   On January 6, 1999, appellees filed a designation of John Winter, an attorney who is not admitted to practice in Ohio, as counsel of record in this case.   Whereas John Winter has not complied with the *pro hac vice* requirements of S.Ct.Prac.R. I(2), and has not been granted leave to appear *pro hac vice* in this case, he is not permitted to file pleadings, memoranda, briefs, or documents other than those required to perfect an appeal, or to participate in oral argument.   Accordingly,

IT IS ORDERED by the court, *sua sponte,* that appellees' designation of John Winter as counsel of record be, and hereby is, stricken.

**98–758.   Cleveland Hts./Univ. Hts. Bd. of Edn. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 95–D–1124, 95–D–1125, 95–D–1126, 95–D–1127, 95–D–1128, 95–D–1129 and 95–D–1130.   This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the motion of appellees, Melvin S. Ross and Daryl B. Ross, to participate in oral argument scheduled for January 13, 1999,

IT IS ORDERED by the court that the motion to participate in oral argument be, and hereby is, denied.

**98–984.   Cleveland Hts./Univ. Hts. Bd. of Edn. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 95–D–1124, 95–D–1125, 95–D–1126, 95–D–1127, 95–D–1128, 95–D–1129 and 95–D–1130.   This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the motion of appellees, Melvin S. Ross and Daryl B. Ross, to participate in oral argument scheduled for January 13, 1999,

IT IS ORDERED by the court that the motion to participate in oral argument be, and hereby is, denied.

## RECONSIDERATION DOCKET

**98–1824.   State v. Vidu.**
Cuyahoga App. Nos. 71703 and 71704.   Reported at 84 Ohio St.3d 1434, 702 N.E.2d 1213.   This cause came on for further consideration upon appellant's motion for reconsideration and emergency motion for continuance of court's 9/25/98 order granting stay and bail pending appeal.   Upon consideration thereof,